UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
KURT MARIN

CASE NO. 10-45600-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

AUG 26 2011

FILED_____RECEIVED_____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,130.46 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: AUG 25 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

KURT MARIN  
10671 NE QUAYBRIDGE CT  
MIAMI SHORES, FL 33138

PRO-SE

AURORA LOAN SERVICES  
PO BOX 1706  
SCOTTSBLUFF, NE 69363

AURORA LOAN SERVICES  
PO BOX 1706  
SCOTTSBLUFF, NE 69363

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  10-45600-BKC-
KURT MARIN


                                      CHAPTER 13


KURT MARIN

10671 NE QUAYBRIDGE CT
MIAMI SHORES, FL 33138


PRO-SE



AURORA LOAN SERVICES         ---------$        565.23
PO BOX 1706
SCOTTSBLUFF, NE 69363                   RETURNED FROM CREDITOR
                                        BECAUSE CASE DISMISSED
                                        CLAIM REGISTER # ___0___

AURORA LOAN SERVICES         ---------$        565.23
PO BOX 1706
SCOTTSBLUFF, NE 69363
                                        RETURNED FROM CREDITOR
                                        BECAUSE CASE DISMISSED
U.S. Trustee                            CLAIM REGISTER # ___0___
51 S.W. 1st Avenue
Miami, Florida 33130