UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

29188

IN RE:                          CASE NO.  10-45600-BKC-
KURT MARIN

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

> U.S. BANKRUPTCY COURT
> SO. DISTRICT OF FLORIDA-Miami
>
> **AUG 2 6 2011**
>
> FILED _____ RECEIVED _____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   124.04  remaining in her bank
account which represents unpresented checks drawn and mailed to
debtor(s)/ creditor(s) in the above named case.  Your trustee
has made a good faith effort to verify the correct mailing
address for said debtor(s)/Creditor(s) and deliver the funds
before presenting this notice.  More than sufficient time has
passed for these checks to be presented for payment, or the
creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00   remaining in her bank
account which represents small dividends as defined by FRBP
3010.

Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

**AUG 2 5 2011**

Date: _____

                              NANCY N. HERKERT
                              CHAPTER 13 TRUSTEE

Copies to:

KURT MARIN
10671 NE QUAYBRIDGE CT
MIAMI SHORES, FL 33138

PRO-SE

AURORA LOAN SERVICES
PO BOX 1706
SCOTTSBLUFF, NE 69363

AURORA LOAN SERVICES
PO BOX 1706
SCOTTSBLUFF, NE 69363

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                           CASE NO.  10-45600-BKC-
KURT MARIN


                    CHAPTER 13


KURT MARIN

10671 NE QUAYBRIDGE CT
MIAMI SHORES, FL 33138


PRO-SE


AURORA LOAN SERVICES        --------$         62.02
PO BOX 1706
SCOTTSBLUFF, NE 69363                    RETURNED FROM CREDITOR
                                         BECAUSE CASE DISMISSED
                                         CLAIM REGISTER #_____

AURORA LOAN SERVICES        --------$         62.02
PO BOX 1706
SCOTTSBLUFF, NE 69363
                                         RETURNED FROM CREDITOR
                                         BECAUSE CASE DISMISSED
U.S. Trustee                             CLAIM REGISTER #_____
51 S.W. 1st Avenue
Miami, Florida 33130